Form filing fee due

**UNITED STATES BANKRUPTCY COURT**
**District of Connecticut**
450 Main Street
7th Floor
Hartford, CT 06103

Date: 5/4/10

Judith P. Graham
12 Oak Hill Road
Rocky Hill, CT 06067

RE: Case No: 10–21493 , Chapter No: 13
    Filing Fee Due

Dear Judith P. Graham :

Please be advised that the Court has not received full payment of the filing fee for the above referenced case. Enclosed is an Application which you may complete if you are unable to pay the filing fee in full. The application is subject to approval of the court.

Your $ 274.00 payment or completed Application must be received by the Court no later than 5/5/10 or a court's motion to dismiss your case for failure to pay filing fee will be scheduled.

FEES REMAIN DUE AND OWING IF A CASE IS SUBSEQUENTLY DISMISSED.

Please send or bring your payment and/or application to the above court address, and indicate your case number when making the payment.

Very truly yours,

*Deborah S. Hunt*

Clerk, U.S. Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

In re: Judith P. Graham                              Case No. 10–21493
        Debtor(s)

                      Chapter No. 13

**APPLICATION TO PAY FILING FEE IN INSTALLMENTS**

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ _____ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*
                      ____ With the filing of the petition, or
$ _____ Check one ____ On or before _____
$ _____ on or before _____
$ _____ on or before _____
$ _____ on or before _____

 *The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____      _____
Signature of Attorney      Date           Signature of Debtor      Date
                                                            (in a joint case, both spouses must sign.)

_____      _____
Name of Attorney                         Signature of Joint Debtor (if any)

_____
      Certification and Signature of Non–Attorney Bankruptcy Petition Preparer (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§ 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

_____      _____
Printed or Typed Name of Bankruptcy Petition Preparer      Social Security No.
_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Office Form for each person.

_____      _____
  Signature of Bankruptcy Petition Preparer                 Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*