UNITED STATES BANKRUPTCY COURT

District of Connecticut

In re: **Judith P. Graham**
7926

Case No.
Chapter  **13**

# CHAPTER 13 PLAN

NOTICE

THIS PLAN CONTAINS EVIDENTIARY MATTER WHICH, IF NOT CONTROVERTED, MAY BE ACCEPTED BY THE COURT AS TRUE. CREDITORS CANNOT VOTE ON THIS PLAN BUT MAY OBJECT TO ITS CONFIRMATION PURSUANT TO BANKRUPTCY CODE § 1324, AND LOCAL RULES.    ABSENT ANY SUCH OBJECTION, THE COURT MAY CONFIRM THIS PLAN AND ACCEPT THE VALUATION AND ALLEGATIONS CONTAINED HEREIN.

The Debtor(s) above named hereby proposes the following plan.

1. <u>Debts.</u> All debts are provided for by this Plan. Only creditors holding claims duly proved and allowed shall be entitled to payments from the Trustee. (See Notice of Filing of Bar Date.) <u>Trustee shall not file a claim on behalf of any creditor.</u>

2. Payments. As of the date of this plan, the debtor has paid **$0.00** to the Trustee. Debtor and/or any entity from whom the debtor(s) receive income shall pay to the Trustee the sum of **$565.15 Monthly,** commencing **06/01/2010,** for **60** months for a total of **$33,909.00** or until such amounts are paid that will afford payment of all allowed and proven claims in the amounts payable under this Plan.

Graduated Payments:    BEGIN MONTH    # OF MONTHS    ADJUSTMENT

3. <u>Plan Payments.</u> The Trustee, from available funds, shall make payments to creditors in the following amounts and order. All dates for beginning of payments are estimates only and may be adjusted by the Trustee as necessary to carry out the terms of this plan.

| A. DEBTOR'S ATTORNEY | FEE REQUESTED | PAID TO DATE | BALANCE DUE | PAYMENT | MONTH | LENGTH | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

B. <u>Mortgage Arrears.</u> (Regular monthly payments to be made by Debtor and to start on the first due date after date of filing petition.)

| CREDITOR | RATE | ARREARS | PAYMENT | MONTH | LENGTH | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| **CT Housing Finance** | 8.00% | 23,553.30 | 481.08 | 1 | 60 | 28,864.78 |

C. <u>Secured Claims.</u> (A creditor's secured claim shall be the net amount due as of date of filing or the value of the collateral to which creditor's lien attaches, whichever is less. Interest shall be allowed at contract rate or **12.00%** APR whichever is less. Creditor shall retain its lien until the allowed secured portion of the claim is fully paid.)

| CREDITOR & COLLATERAL | RATE | CLAIM | PAYMENT | MONTH | LENGTH | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|

i. Secured Claims - Paid in full

   NONE

ii. Secured Claims - Cure default only

   NONE

D. <u>Priority Claims.</u> (Unsecured claims entitled to priority under 11 U.S.C. § 507 shall be paid in full as follows.)

| CREDITOR | PRIORITY CLAIM | --- PAYMENT SCHEDULE --- | | | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| | | PAYMENT | MONTH | LENGTH | |
| **NONE** | | | | | |

E. <u>Separate Class of Unsecured Claims.</u> (May include co-signed debts as provided for by 11 U.S.C. § 1301, including interest at contract rate.)

| CREDITOR & CLASSIFICATION | UNSECURED CLAIM | --- PAYMENT SCHEDULE --- | | | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| | RATE | PAYMENT | MONTH | LENGTH | |
| **NONE** | | | | | |

F. <u>Unsecured Creditors.</u> (All other creditors not scheduled above are deemed unsecured without priority and shall be paid pro rata from funds remaining after payment of above scheduled claims. Debtor estimates the unsecured claims to total $ **6,795.00**, and proposes to provide at least **$ 1,961.58** which will pay in full said creditors' claims, or in no event, provide a composition percentage of less than **28.87%**. (Funds Provided/Unsecured Claims)

G. <u>Lien Avoidance.</u> (Debtor intends to file a motion, pursuant to Bankruptcy Rule 4003(d) to avoid all nonpossesssory, nonpurchase money security interests and judicial liens as provided by 11 U.S.C. § 522(f), and the plan herein provides for payment of such liens as general unsecured claims only. Any creditors' claim or portion thereof not listed in paragraph C above is to be treated as unsecured and, unless objected to, such unsecured status, for purposes of this plan, will be binding upon confirmation, but the lien shall survive unless avoided.

H. <u>Leases and Contracts.</u> The Debtor hereby assumes the following unexpired leases and executory contracts, and rejects all others.

| NAME OF CREDITOR | DESCRIPTION |
|---|---|
| **NONE** | |

I. <u>Miscellaneous Provisions.</u>

4. <u>Secured Claims - Paid directly by debtor(s).</u> The following creditors' claims are fully secured, shall be paid directly by the debtors, and receive no payments under paragraph 3 above:

| CREDITOR | COLLATERAL | MARKET VALUE | AMOUNT OF CLAIM |
|---|---|---|---|
| **NONE** | | | |

5. <u>Future Income.</u> Debtor(s) submits all future earnings or other future income to such supervision and control of the Trustee as is necessary for the execution of this Plan.

6. <u>Standing Trustee Percentage Fee.</u> Pursuant to 28 U.S.C. § 586(e)(B), the Attorney General, after consultation with the United States Trustee, sets a percentage fee not to exceed ten percent of payments made to creditors by the Trustee under the terms of this Plan.

## SUMMARY AND ANALYSIS OF PLAN PAYMENTS TO BE MADE BY TRUSTEE

A. Total debt provided under the Plan and administrative expenses

| | |
|---|---:|
| 1. Attorney Fees | 0.00 |
| 2. Mortgage Arrears | 28,864.78 |
| 3. Secured Claims | 0.00 |
| 4. Priority Claims | 0.00 |
| 5. Separate Class of Unsecured Claims | 0.00 |
| 6. All other unsecured claims | 1,961.58 |
| Total payments to above Creditors | 30,826.36 |
| Trustee percentage | 3,082.64 |
| * Total Debtor payments to the Plan | 33,909.00 |

* Total payments must equal total of payments set forth in paragraph 2 on page 1 of this Plan.

B. Reconciliation with Chapter 7

1. Interest of unsecured creditors if Chapter 7 filed

| | |
|---|---:|
| a. Total property of debtor | 186,638.12 |
| b. Property securing debt | 112,843.45 |
| c. Exempt property | 71,044.67 |
| d. Priority unsecured claims | 0.00 |
| e. Chapter 7 trustee fee | 687.50 |
| f. Funds for Chapter 7 distribution (est.) | 2,062.50 |

2. Percent of unsecured, nonpriority claims paid under Plan  28.87

3. Percent of unsecured, nonpriority claims paid if Chapter 7 filed (est.)  40.47

Attorney for Debtor(s):
**Beverly G. Carswell**
**102275**

**Carswell Law Offfices**
**924 Noble Avenue**
**Bridgeport, CT 06608**

Phone: **203-336-1111**
Fax:   **203-367-2184**

Signed:  /s/ Beverly G. Carswell
         **Beverly G. Carswell**

Signed:  /s/ Judith P. Graham
         **Judith P. Graham, Debtor**

Dated:   May 3, 2010

Chapter 13 Plan - Page 3 of 3

# CERTIFICATE OF NOTICE

```
District/off: 0205-2          User: tsteady                Page 1 of 1                  Date Rcvd: May 04, 2010
Case: 10-21493                Form ID: pdfdoc1             Total Noticed: 19

The following entities were noticed by first class mail on May 06, 2010.
db           +Judith P. Graham,    12 Oak Hill Road,    Rocky Hill, CT 06067-2611
7309798      +CBCS,    P O Box 163250,    Columbus, OH 43216-3250
7309800      +CT Housing Finance,    999 West Street,    Rocky Hill, CT 06067-3019
7309799      +Connecticut Light and Power,    P O Box 150442,    Hartford, CT 06115-0442
7309804      +HUD,    451 7th Street, SW,    Washington, DC 20410-0002
7309801      +Hartford Dermatology Associates,    85 Seymour Street,    Hartford, CT 06106-5579
7309802      +Hartford Hospital,    80 Seymour Street,    Hartford, CT 06102-8000
7309803      +Howard Lee Schiff PC,    510 Tolland Street,    P O Box 280245,    East Hartford, CT 06128-0245
7309805      +Hunt Leibert Jacobson PC,    50 Weston Street,    Hartford, CT 06120-1504
7309806      +I C Systems Inc,    P O Box 64378,    Saint Paul, MN 55164-0378
7309807      +Jefferson X-ray Group,    85 Seymour Street,    Hartford, CT 06106-5599
7309808      +Jonathan Rue,    915 Silas Deane Hway,    2nd Floor,    Wethersfield, CT 06109-3415
7309809      +Nair and Levin,    707 Bloomfield Avenue,    Bloomfield, CT 06002-2406
7309810      +NewAlliance Bank,    P O Box 150426,    Hartford, CT 06115-0426
7309811      +Orthopedic Associates of Hartford,    85 Seymour Street,    Patient Accts,
               Hartford, CT 06106-5501
7309812      +Rome McGuigan PC,    1 State Street,    Hartford, CT 06103-3182
7309813      +Savings Bank of Manchester,    923 Main Street,    Manchester, CT 06040-6021
7309814      +Town of Rocky Hill, CT,    699 Old Main Street,    Rocky Hill, CT 06067-1574
7309815      +United States Attorney,    District of Connecticut,    157 Church Street,
               New Haven, CT 06510-2100

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 06, 2010              Signature:    _Joseph Speetjens_