```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF CONNECTICUT
                         HARTFORD DIVISION
```

IN THE MATTER OF                    ) IN PROCEEDINGS UNDER CHAPTER 13

   Judith P. Graham                 ) CASE NO. 10 21493

      DEBTOR(S)                    ) May 11, 2010

## REQUEST FOR CONFIRMATION HEARING AND MOTION TO DISMISS

     Molly T. Whiton, Chapter 13 Standing Trustee herein, respectfully requests that a confirmation hearing be scheduled in the above-captioned case, and, in the event that the plan is not confirmable, moves for a dismissal of the case.

     In the event the plan is not confirmed, the Trustee requests an administrative allowance in the amount of $250.00 to be paid from any funds held pursuant to Section 1326.

                                /S/ Molly T. Whiton
                                _____
                                Molly T. Whiton, Chapter 13 Trustee
                                Fed. ID. No. 02214
                                10 Columbus Boulevard, 6th Floor
                                Hartford, CT 06106
                                Tele:(860) 278-9410 Fax:(860) 527-6185
                                mtwhiton@mtwhiton.com

     This is to certify that a copy hereof was mailed, postage prepaid, on the above date, to the following:

**Debtor:**
Judith P. Graham
12 Oak Hill Road
Rocky Hill, CT  06067

The following were served electronically:

**Debtor's Counsel:**
Beverly G. Carswell
harmonylaw@aol.com

**U.S. Trustee**
USTPREGION02.NH.ECF@USDOJ.GOV

                                /S/ Molly T. Whiton
                                _____
                                Molly T. Whiton, Chapter 13 Trustee
                                Fed. ID. No. 02214
                                10 Columbus Blvd., Hartford, CT 06106
                                Tele:(860) 278-9410 Fax:(860)527-6185
                                mtwhiton@mtwhiton.com

PLEASE SET FOR: 7/1/10