Form ntchrgBKNH

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

In Re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade and address):
Judith P. Graham
aka Judith J. P. Graham
12 Oak Hill Road
Rocky Hill, CT 06067

Bankruptcy Proceeding No.: 10–21493
Chapter: 13
Judge: Albert S. Dabrowski

## NOTICE OF HEARING

**The Trustee has filed papers with the court.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

PLEASE TAKE NOTICE that a hearing will be held at

450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103

on 7/1/10 at 02:00 PM

to consider and act upon the following:

*19* – Motion to Confirm the Chapter 13 Plan Filed by Molly T. Whiton on behalf of Molly T. Whiton, Trustee, or in the alternative Trustee's Motion to Dismiss Case For Other (and certification thereon), Filed by Molly T. Whiton on behalf of Molly T. Whiton, Trustee (Whiton, Molly)

**NOTICE IS FURTHER GIVEN that, unless otherwise ordered by the court the initial hearing on the foregoing will be a nonevidentiary hearing and, further,** that said hearing may be continued or adjourned from time to time without further notice other than an order in open court.

**If you want the court to consider your views on the above mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date.**

**If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Date of Issuance by the Clerk: 5/12/10

*Deborah S. Hunt*

Clerk, U.S. Bankruptcy Court